**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Lionel Franklin
                              Plaintiff,
v.                                              Case No.: 1:07−cv−06319
                                                Honorable Rebecca R. Pallmeyer
Academy Collection Service, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 30, 2007:

    MINUTE entry before Judge Rebecca R. Pallmeyer :Status hearing set for 1/24/2008 at 09:00 AM, courtroom 2119. Mailed notice(etv, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.