106-7959                              TAC:cat                              #91438

## UN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Lionel Franklin, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07 C 6319 |
| | ) | |
| v. | ) | |
| | ) | |
| Academy Collection Service, Inc, | ) | |
| Defendant. | ) | |

### MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES the Defendant, **Academy Collection Service, Inc.**, by and through its attorneys, BULLARO & CARTON, P.C., and moves this Honorable Court to vacate any and all defaults heretofore entered, technical or otherwise, and for an extension of time up to and including December 18, 2007 to answer or otherwise plead to Plaintiff's Complaint at Law. This counsel represents that he has spoken with plaintiff's counsel and said counsel has no objection to this extension of time.

Respectfully submitted,

**BULLARO & CARTON, P.C.**

By: /s/Thomas A. Carton
    Thomas A. Carton

Thomas A. Carton
Bullaro & Carton, P.C.
200 North LaSalle Street, Suite 2500
Chicago, Illinois 60601
(312) 831-1000