106-7959                          TAC:cat                          #91438

## UN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Lionel Franklin, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07 C 6319 |
| | ) | |
| v. | ) | |
| | ) | |
| Academy Collection Service, Inc, | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:    Craig Shapiro
       HORWITZ, HORWITZ & ASSOCIATES, LTD.
       25 East Washington Street, Suite 900
       Chicago, Illinois 60602

On **December 6, 2007**, at **8:45 a.m.** or as soon thereafter as counsel may be heard, I

shall appear before the **Honorable Judge Pallmeyer**, in the courtroom usually occupied by

her in **Room 2119**, in the United States District Court for the Northern District of Illinois,

Eastern Division, Chicago, Illinois, and then and there present **Defendant's Agreed Motion**

**for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint at Law.**

NAME:              BULLARO & CARTON, P.C.
ATTORNEY FOR:      Academy Collection Service, Inc.
ADDRESS:           200 North LaSalle Street, #2500
CITY:              Chicago, IL  60601
TELEPHONE:         (312) 831-1000

## PROOF OF SERVICE

I, Thomas A. Carton, an Attorney at Law, certify that a copy of the foregoing Notice of Motion was
served electronically served on all counsel of record by 5:00 p.m. on December 4, 2007.

By: /s/ Thomas A. Carton