106-7959                          TAC:cat                                    #91438

UN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Lionel Franklin, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07 C 6319 |
| | ) | |
| v. | ) | |
| | ) | |
| Academy Collection Service, Inc, | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:    Craig Shapiro
       HORWITZ, HORWITZ & ASSOCIATES, LTD.
       25 East Washington Street, Suite 900
       Chicago, Illinois 60602

On December 4, 2007, we filed with the Clerk of the United States Federal Court, 219 South Dearborn Street, Chicago, Illinois, **Defendant, Academy Collection Service, Inc.'s Appearance, Motion for Extension of Time to Plead and Notice of Motion.**

                                      Respectfully submitted,
                                      **BULLARO & CARTON, P.C.**

                                      By: /s/Thomas A. Carton
                                             Thomas A. Carton

    I, Thomas A. Carton, an Attorney at Law, certify that a copy of the foregoing Notice of Filing, Appearance, Motion for Extension of Time and Notice of Motion was served electronically served on all counsel of record by 5:00 p.m. on December 4, 2007.

                                      By: /s/Thomas A. Carton

**BULLARO & CARTON, P.C.**
**200 North LaSalle Street, Suite 2500**
**Chicago, Illinois  60601**
**(312) 831-1000**