# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6319 | **DATE** | 12/5/2007 |
| **CASE TITLE** | Franklin vs. Academy Collection Service, Inc. | | |

**DOCKET ENTRY TEXT**

Motion for extension of time to answer or otherwise plead (10) granted to and including 12/18/07. Status hearing set for 1/24/08 is stricken. The parties are directed to appear through lead counsel for a pretrial conference pursuant to FED. R. CIV. P. 16. on 1/17/08 at 9:00 a.m. Counsel are requested promptly to meet face-to-face for a discussion of possible settlement and for preparation of a planning report. The form is accessible from the court's Internet site, www.ilnd.uscourts.gov. Such report shall be submitted to Judge Pallmeyer in chambers no later than two business days prior to the conference.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|