106-7959                                    TAC:MTC                                    #91438

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LIONEL FRANKLIN,              ) | |
|                               ) | |
|    Plaintiff,   ) | Case No.: 07 C 6319 |
|                               ) | |
| v.                            ) | |
|                               ) | |
| ACADEMY COLLECTION SERVICE,   ) | |
| INC.,                         ) | |
|    Defendant.  ) | |

## MOTION FOR EXTENSION OF TIME

NOW COMES the Defendant, ACADEMY COLLECTION SERVICE, INC., by and through its attorneys, BULLARO & CARTON, P.C., and moves this Honorable Court for an additional extension of time up to and including January 8, 2008 to answer or otherwise plead to Plaintiff's Complaint at Law.

1. This Court has previously granted the Defendant an extension of time to answer up to and including December 18, 2007. Defendant's counsel represents that an additional extension of time is needed for the Defendant to answer the Plaintiff's Complaint so that Defendant's counsel may finish gathering the file materials necessary to allow an answer to be completed, and that the parties are also engaged in settlement negotiations in order to avoid further litigation costs. Counsel represents that the purpose of this motion is not to cause undue delay or harassment

2. This counsel represents that he has spoken with Plaintiff's counsel and said counsel has no objection to this extension of time.

                                        Respectfully submitted,

                                        **BULLARO & CARTON, P.C.**

                                        By: /s/Thomas A. Carton
                                                  Thomas A. Carton

Thomas A. Carton
Bullaro & Carton, P.C.
200 North LaSalle Street, Suite 2500
Chicago, Illinois 60601
(312) 831-1000