106-7959 TAC:MTC #91438

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LIONEL FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07 C 6319 |
| | ) | |
| v. | ) | |
| | ) | |
| ACADEMY COLLECTION SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

THIS CAUSE COMING ON TO BE heard on Motion of the Defendant, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

Defendant, Academy Collection Service, Inc., is granted its Motion for Extension of Time to Plead up to and including January 8, 2008.

**BULLARO & CARTON, P.C.**
**Attorneys for Defendants**
**200 North LaSalle Street, #2500**          ENTER: _____
**Chicago, Illinois 60601**
**Telephone: (312) 831-1000**                _____
                                             **JUDGE**