## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6319 | **DATE** | 12/19/2007 |
| **CASE TITLE** | Franklin vs. Academy Collection Service, Inc. | | |

**DOCKET ENTRY TEXT**

Defendant's motion for extension of time to answer or otherwise plead (14) granted to and including 1/8/08. Rule 16 conference set for 1/17/08 at 9:00 a.m. to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|