**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Lionel Franklin
                               Plaintiff,

v.                                         Case No.: 1:07−cv−06319
                                               Honorable Rebecca R. Pallmeyer

Academy Collection Service, Inc.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Rebecca R. Pallmeyer :By agreement, Rule 16 conference set for 1/17/2008 is stricken and reset to 2/1/2008 at 09:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.