106-7959                              TAC:cat                                    #91438

## UN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Lionel Franklin, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07 C 6319 |
| | ) | |
| v. | ) | |
| | ) | |
| Academy Collection Service, Inc, | ) | |
| Defendant. | ) | |

### STIPULATION TO DISMISS WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiff, Lionel Franklin, and Defendant, ACADEMY COLLECTION SERVICE, INC., acting through their respective attorneys, that the Plaintiff's cause against the Defendant be dismissed with prejudice, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

/s/ Craig M. Shapiro
Craig M. Shapiro
Horwitz, Horwitz & Associates, Ltd.
25 East Washington Street, Suite 900
Chicago, Illinois 60602
Atty for Plaintiff: Lionel Franklin

/s/ Thomas A. Carton
Thomas A. Carton
Bullaro & Carton, P.C.
200 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601
Atty for Defendant: Academy Collection Service, Inc.