106-7959 TAC:cat #91438

UN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Lionel Franklin, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07 C 6319 |
| | ) | |
| v. | ) | |
| | ) | |
| Academy Collection Service, Inc, | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE**

It is hereby stipulated and agreed by and between the Plaintiff, Lionel Franklin, and Defendant, ACADEMY COLLECTION SERVICE, INC., acting through their respective attorneys, that the Plaintiff's cause against the Defendant be dismissed with prejudice, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

/s/ Craig M. Shapiro  /s/ Thomas A. Carton
Craig M. Shapiro  Thomas A. Carton
Horwitz, Horwitz & Associates, Ltd.  Bullaro & Carton, P.C.
25 East Washington Street, Suite 900  200 N. LaSalle Street, Suite 2500
Chicago, Illinois 60602  Chicago, Illinois 60601
Atty for Plaintiff: Lionel Franklin  Atty for Defendant: Academy Collection Service, Inc.