## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6319 | **DATE** | 2/5/2008 |
| **CASE TITLE** | Lionel Franklin vs. Academy Collection Service, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation, the above cause is dismissed with prejudice, all costs having been paid and all matters in controversy for which said action was brought having been full settled, compromised and adjourned. Rule 16 conference set for 2/15/2008 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|